Darryl Fleming, #(N-91449)
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

*Your Copy*

FILED
OCT 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

September 28, 2019

Honorable Philip. G Reinhard
Office of
Clerk of The U.S. District Court
United States Courthouse
Rockford, Illinois 61101

*Your Copy*

Re: Disclosures of Witnesses & ~~Status~~ Report
Darryl Fleming V. S.A. Godinez, et al.
Case No. ~~3:16~~ C 50074
U.S. District Court for The Northern District
of Illinois, Western Division

MS. Kimberly Leung, I also have included (8)(eight) more names of witnesses, here in Dixon who are willing to sit down with you for a interview, about the day this situation happen to us here in Dixon. MS. Kimberly Leung these (8-eight) individuals was all in a different building than I, but they all experience some of the same issues as I. It was really unfair to someone who's human.

Clinton Young #(B-39661)
Gregory Logan #(B-56276)
Thomas Kelly #(R-13366)
Clarles Rucker #(A-71978)
Figueroa Wilson #(R-60938)
Alex Casarez #(M-10570)
Joe Freeman #(B-57491)
Gerald Bates #(K-65294)

Thank you
MR. Darryl Fleming
N-91449