## Status Report

MS. Kimberly Leung, I did everything I was ask & suppose to do as far as this case go's. Everything is in order with the court on file, I also wanted to known from you, since (IDoc) didn't accept my demand, and stated that they are still open to a settlement purposes, what would they be willing to offer me.

**FILED**
OCT 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT