**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| DARRYL FLEMING (N-91449), | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 C 50074 |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | Magistrate Judge Iain D. Johnston |
| DONALD STOLWORTHY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' STATUS REPORT

Defendants, JOSEPH YURKOVICH, SCOTT MEYER, NEDRA CHANDLER, CHAD JENKINS, JOSH ANDREWS, JOSHUA ALBERTS, DANIEL ARTL, JOHN BALDWIN, QUENTIN BAILEY, EDDIE BAITY, RUSSELL BAKER, JASON BEARD, RODNEY BRADY, SHANE BOYSON, SCOTT BUZLAFF, BRETT CARNAHAN, MICHAEL EVANS, DUSTIN FORD, TJ FRANCIS, ANN GANGER, S.A. GODINEZ, DAVID GOMEZ, RICHARD GRAVES, PETER GREEN III, DUSTIN HAGER, TRENT HANRAHAN, JASON HARLAN, LEROY HART, KELLY HERRICK, JOSHUA HORTON, TOMASZ JANKOWSKI, ALEX JOHNSON, CRAIG JONES, NICK JONES, NICHOLAS KAYS, PAUL LAWSON, TYRUS LAZARD, BRIAN LEDBETTER, CHAD JENKINS, COLTON LOVE, NICHOLAS LUNON, RAUL MARTINEZ, MARTIN MATHERLY, SCOTT MEYER, TRAVIS MOORE, MARK NEWMAN, SCOTT NODINE, KENNETH NUSHARDT, PHIL OSBORN, JOSE PRADO, SR., TIM PRATER, CHRIS RENTERIA, JEAN SOLBERG, JACOB STARK, LOUIS SAPIA, BEN STERCHI, DONALD STOLWORTHY, WALDEMAR STRUGALA, CHRISTOPHER TERRY, DONALD THOMAS, JAMES THOMAS, CHRIS TUTTLE, ADAM WALSH, LESLIE WARDEN, JASON WEYMOUTH, RYAN WOODS, ROD WORKMAN, DENNIS WOZNIAK, KEN YINGLING and CHRIS ZIERMAN (collectively the "Defendants"), by and through their

attorney, KWAME RAOUL, Illinois Attorney General, in response to Plaintiff's October 18, 2019 status report, *see* Dkt. 171, and the Court's October 23, 2019 Order, *see* Dkt. 172, state as follows:

1. On October 18, 2019, Plaintiff filed a status report wherein he inquired as to the Illinois Department of Correction's settlement position in the instant action. *See* Dkt. 171.

2. On November 5, 2019, the undersigned counsel sent Plaintiff a letter via U.S mail in response to Plaintiff's October 18, 2019 status report.

Dated: November 5, 2019

                                                                                               Respectfully submitted,

**KWAME RAOUL**                            */s/ Kimberly W. Leung*
Attorney General for Illinois              Kimberly W. Leung
                                                                Assistant Attorney General
                                                               Office of the Illinois Attorney General
                                                               100 West Randolph Street, 13th Floor
                                                               Chicago, Illinois 60601-3397
                                                               (312) 814-2680
                                                               kleung@atg.state.il.us

                                                               ***Attorney for Defendants***

## **CERTIFICATE OF SERVICE**

To: Darryl Fleming, N-91449
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

      The undersigned certifies that on November 5, 2019, she electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system and all registered CM/ECF users will receive notice. The undersigned further certifies that the foregoing document was served upon the above individual via U.S. first class mail, proper postage prepaid (postmarked the next business day if mailed after 3:00 p.m.).

                                                                                           */s/ Kimberly Leung*