16-50074   11-18-19

TO: Office of
Clerk of the U.S. District Court
United States CourtHouse

From: MR. Darryl Fleming

Subject: Release Date & Cell Phone Number

My Release Date: 11-26-19 & Cell Phone Number
773-280-0062

MR. Darryl Fleming
11-18-19

FILED
NOV 21 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mr. B. Fleming N°41449
260 N. Benton, Ave.
Dixen, Illinois 61021

*Legal mail

Office of
Clerk of The U.S. District Court
United States Court House
Rockford, Illinois 61101

61101-999555