# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Western Division

Darryl Fleming
                Plaintiff,

v.                                               Case No.: 3:16−cv−50074
                                                   Honorable Philip G. Reinhard

Joseph Yurkovich, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2020:

      MINUTE entry before the Honorable Iain D. Johnston: Telephonic status hearing set for 3/31/2020 at 1:30 PM. A representative of IDOC must also be available and participate in the telephonic status hearing. By 3/27/2020 counsel shall provide direct−dial numbers for the hearing to the Court's operations specialist, who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.